IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

UNITED STATES,

              3:11-cv-00227-HU

        Plaintiff,

              ORDER

  v.

TUG SUNDIAL et al,

        Defendants.

Eric Kaufman-Cohen
R. Michael Underhill
U.S. DEPARTMENT OF JUSTICE,
Torts Branch of Civil Division
450 Golden Gate Ave., Suite 7-5395
San Francisco, CA 94102

Ronald K. Silver
U.S. ATTORNEYS OFFICE
1000 SW Third Ave., Suite 600
Portland, OR 97204-2902

      Attorneys for Plaintiff

//

1 - ORDER

Daniel F. Knox
David R. Boyajian
William J. Ohle
Noah Jarrett
SCHWABE WILLIAMSON & WYATT, PC
1211 SW Fifth Ave., Suites 1600-1900
Portland, OR 97204

      Attorneys for Defendants

HERNANDEZ, District Judge:

      Magistrate Judge Dennis J. Hubel issued a Findings and Recommendation (doc. #122) on February 15, 2013, recommending that the United States' Motion for Summary Judgment (doc. #89) be granted in part and denied in part.

      The United States filed timely objections to the Magistrate Judge's Findings and Recommendation. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure.

      When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a <u>de novo</u> determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1); <u>Dawson v. Marshall</u>, 561 F.3d 930, 932 (9th Cir. 2009); <u>United States v. Reyna–Tapia</u>, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

      I have carefully considered the United States' objections and conclude that these objections do not provide a basis to modify the Findings and Recommendation. I have also reviewed the pertinent portions of the record <u>de novo</u> and find no error in the Magistrate Judge's Findings and Recommendation.

/ / /

/ / /

/ / /

2 - ORDER

## CONCLUSION

The Court ADOPTS the Magistrate Judge's Findings and Recommendation (doc. #122). Accordingly, the United States' Motion for Summary Judgment (doc. #89) is GRANTED in part and DENIED in part.

IT IS SO ORDERED.

DATED this \_\_12\_\_ day of \_\_APRIL\_\_, 2013.

_____
MARCO A. HERNANDEZ
United States District Judge

3 - ORDER